No. 03–1109. FRANDSEN ET AL. *v.* BREVARD COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–1114. A-ONE MEDICAL SERVICES, INC., ET AL. *v.* CHAO, SECRETARY OF LABOR. C. A. 9th Cir. Certiorari denied.

No. 03–1144. BASIL *v.* MAXIM HEALTHCARE SERVICES, INC. C. A. 11th Cir. Certiorari denied.

No. 03–1162. LEAVITT, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. *v.* TENNESSEE VALLEY AUTHORITY ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–1218. ROANE *v.* NATIONAL CHILDREN'S CENTER, INC., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 03–1220. CHAPMAN ET AL. *v.* KING RANCH, INC., ET AL. Sup. Ct. Tex. Certiorari denied.

No. 03–1229. DEMOSS *v.* TEXAS. C. A. 5th Cir. Certiorari denied.

No. 03–1231. VENTURELLI *v.* ARC COMMUNITY SERVICES, INC. C. A. 7th Cir. Certiorari denied.

No. 03–1249. FILOSO *v.* PRINCE WILLIAM COUNTY SCHOOL BOARD. C. A. 4th Cir. Certiorari denied.

No. 03–1257. BOIVIN *v.* TOWN OF ADDISON, VERMONT. Sup. Ct. Vt. Certiorari denied.

No. 03–1289. DAISLEY ET AL. *v.* OSBOURNE ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–1309. PINKSTON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–1315. BUDDHU *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.